**Opinion filed July 30, 2026**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-26-00001-CV

_____

**AMERIPOL SYNPOL CORPORATION, Appellant**

**V.**

**ARRINGTON OIL AND GAS OPERATING, LLC, ET AL.,**
**Appellees**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-25-10-1253-CV**

**M E M O R A N D U M   O P I N I O N**

This is an accelerated appeal from the trial court's order denying Appellant's application for temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2025). Appellant has now filed an unopposed motion to dismiss the appeal pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.1(a). In the motion, Appellant states that the parties have executed a signed settlement agreement, and the trial court has granted their

agreed motion to dismiss the case with prejudice.  Appellant requests that we dismiss the appeal with each party bearing its own costs.

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY
CHIEF JUSTICE


July 30, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.